In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00009-CV

                                                ______________________________

 

                                                                  

 

       IN THE INTEREST OF R.W., C.W., AND D.W., MINOR CHILDREN

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                              Rusk County, Texas

                                                       Trial Court
No. 2002-10-565

 

                                                               
                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Roger
Wehrenberg, the sole appellant in this case, has filed a motion seeking to
dismiss his appeal.  Pursuant to Rule
42.1 of the Texas Rules of Appellate Procedure, his motion is granted.  Tex.
R. App. P. 42.1.

            We
dismiss the appeal.

 

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          March
3, 2010 

Date Decided:             March
4, 2010